In re PLESHET. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of Louis Pleshet for license and admission to practice as an official examiner of title. No opinion. The petition of the applicant and a bond in accordance with the provisions of the rules of the Court of Appeals and the special

rule of this department, adopted March 4, 1909, must be presented before the application can be entertained.